UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 2nd ORDER OF CONTINUANCE |
| -v- | : | 19 Maj. 6454 |
| PATRICK WILLIAMS, | : | |
| Defendant. | : | |

------------------------------------------------------------x

Adjourned to October 2, 2019, Magistrate Judge Smith having found that the ends of Justice served thereby outweigh the best interest of the public and defendant in a speedy trial in that the failure to grant a continuance would be a miscarriage of justice.

Date:  September 4, 2019
       White Plains, NY

SO ORDERED

_____
Hon. Lisa Margaret Smith
United States Magistrate Judge