UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA                    :

            -against-                                     :            19 CR 845   (VB)

                                                              :

Patrick Williams                                       :
                           Defendant.                :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/19

## ORDER ACCEPTING GUILTY PLEA

The Court has reviewed the transcript of the plea allocution in the above-entitled case, the

charging papers, and all other pertinent parts of the record.   The Report and Recommendation of

the Honorable Paul E. Davison, United States Magistrate Judge, dated November 21, 2019, is

approved and accepted.

The Clerk of the Court is directed to enter the guilty plea.

Dated: White Plains, NY
       December 13, 2019

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge