UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :   **ORDER**
v.                                  :
                                    :   19 CR 845 (VB)
PATRICK WILLIAMS,                   :
                        Defendant.  :
-----------------------------------------------------x

5/16/23

    The conference in this violation of supervised release matter scheduled for May 17, 2023, is rescheduled to **June 6, 2023, at 9:30 a.m.**, in Courtroom 620 at the White Plains courthouse.

Dated: May 16, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge